**Bert John HANSEN, Sr.,
Plaintiff–Appellant,**

v.

**Benjamin ELLIS, PA–C; Vincent Gore,
M.D.; Katie Hamlin, R.N.; Paul Kol-
land, VCE Shop Manager; Joyce Cot-
ton, VCE Shop Supervisor; James
Malone, VCE Shop Supervisor;
George Hinkle, Chief Warden of
GRCC; Marie Vargo, S–2 Warden;
Clyde Alderman, Administrative Staff**

Specialist Senior; Tyrone Sloan, Lieutenant, HU4–S2 Building Supervisor; Kevin Bonner, Lieutenant, Yard Crew Supervisor; Scotty, Sergeant, Complex Crew Supervisor; James Thomas; McGrue Booker, Job Coordinator, Counselor; Sharon Johnson, VCE Manager; John Ausbon, Education & Vocation Principal (DCE), Defendants–Appellees,

and

Nurses, Greenville Correctional Center; Sergeant Miller, HU4–S2 Building Supervisor; Principal Osborne, a/k/a Osgood, Principal of Schools/Vocational; Correctional Officer Everson; Mrs. Woodson, Grievance Office; Mrs. Kinsley, Grievance Office, Defendants.

No. 06–6929.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 31, 2006.

Decided: Nov. 6, 2006.

Bert John Hansen, Sr., Appellant Pro Se. Edward Joseph McNelis III, Elizabeth Martin Muldowney, John David McChesney, Rawls & McNelis, PC, Richmond, Virginia; Banci Enga Tewolde, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bert John Hansen, Sr., seeks to appeal the district court's order denying several motions in his 42 U.S.C. § 1983 (2000) action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Hansen seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Hansen's motions for appointment of counsel and to compel the district court to enforce a June 22, 2006 order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*